UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| PORT CITY CONTRACTING SERVICES, INC. | 22-02917-5-DMW |
| DEBTOR | CHAPTER 7 |

| | |
|---|---|
| MARK EASTHAM and PETER SPARK, | |
| Plaintiffs, | |
| vs. | ADVERSARY PROCEEDING NO.: 23-00089-5-DMW |
| ALGERNON L. BUTLER, III, CHAPTER 7 TRUSTEE FOR PORT CITY CONTRACTING SERVICES, INC., ROBERT P. SHARPE, STONE BAY TACTICAL, LLC, and SRS SUPPLY, LLC, | |
| Defendants. | |

**CHAPTER 7 TRUSTEE'S OBJECTION TO EMERGENCY MOTION FOR STAY**

NOW COMES Algernon L. Butler, III as Chapter 7 Trustee for Port City Contracting Services, Inc. ("Chapter 7 Trustee"), by and through undersigned counsel, and hereby objects to the Emergency Motion for Stay filed by Robert Sharpe [AP DE 123].

In support hereof, the Chapter 7 Trustee incorporates and joins in the Response in Objection to Emergency Motion for Stay filed by The DaVinci Company, LLC and DaVinci Aerospace LLC [AP DE 127].

|  |  |
|---|---|
| DATED: June 18, 2024 | BUTLER & BUTLER, L.L.P.<br><br>/s/ Algernon L. Butler, III<br>Algernon L. Butler, III<br>Attorneys for the Chapter 7 Trustee for<br>Port City Contracting Services, Inc.<br>N.C. State Bar No. 20881<br>P. O. Box 38<br>Wilmington, NC 28402<br>Telephone: (910) 762-1908<br>Email: albutleriii@butlerbutler.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age, and that the

**CHAPTER 7 TRUSTEE'S OBJECTION TO EMERGENCY MOTION FOR STAY**

in the above captioned case was this day served upon the below named persons as follows:

<u>By electronic service through CM/ECF:</u>

Richard P. Cook – *Special Counsel*

John Bircher – *Counsel for Eastham and Spark*

Charles Ivey – *Counsel for DaVinci*

<u>Via mailing, postage prepaid, first class mail</u>:

Robert Paul Sharpe
245 Royal Fern Road
Wilmington, NC 28412

DATED:    June 18, 2024

BUTLER & BUTLER, L.L.P.

s/ Algernon L. Butler, III
Algernon L. Butler, III
Attorneys for the Chapter 7 Trustee for
Port City Contracting Services, Inc.
N.C. State Bar No. 20881
P. O. Box 38
Wilmington, NC 28402
Telephone: (910) 762-1908
Email: albutleriii@butlerbutler.com